# UNITED STATES DISTRICT COURT

DISTRICT OF     NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>MOHAMMED HALAWEH | **ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**<br><br>CASE NUMBER: 2:10-mj-0555-PAL<br><br>CHARGING DISTRICTS<br>CASE NUMBER: CR 10 00821 |

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the Central District of California; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the    (Not Applicable)   
*Place and Address*

, for deposit into the registry of that Court.

| The defendant shall appear at all proceedings as required. U.S. District Court for the Central District of California, Los Angeles | on | The defendant shall next appear at (if blank, to be notified) within two weeks of 8/05/2010. |
|---|---|---|
| | | *Date and Time* |

*Signature of Judge*

| 8/05/10 | PEGGY A. LEEN, United States Magistrate Judge |
|---|---|
| *Date* | *Name and Title of Judge* |